**Exhibit 1**

**Trademark Registration**

# United States of America
## United States Patent and Trademark Office

# CORALINE

**Reg. No. 6,396,780**
**Registered Jun. 22, 2021**
**Int. Cl.: 9, 41**
**Service Mark**
**Trademark**
**Principal Register**

Laika, LLC (OREGON LIMITED LIABILITY COMPANY)
6750 Ne Bennett St.
Hillsboro, OREGON 97124

CLASS 9: Audio recordings featuring music, stories, dramatic performances, non-dramatic performances; audio and visual recordings featuring animated entertainment, music, stories; musical recordings; video game software; computer game software and computer game programs; consumer electronics, namely, computer software featuring learning activities for children; decorative magnets

FIRST USE 7-21-2009; IN COMMERCE 7-21-2009

CLASS 41: Provision of entertainment news and entertainment information via communication and computer networks; providing entertainment services via a global communication network in the nature of websites featuring a wide variety of general interest entertainment information relating to motion picture films, musical videos, related film clips, photographs, and other multimedia materials; entertainment services, namely, providing on-line computer games; production of live stage performances in the nature of concerts, plays, scripted performances, and live music concert performances; on-line journals, namely, blogs featuring a wide variety of general interest entertainment information; animation production services, production and distribution of animated motion pictures, and entertainment in the nature of an ongoing animated show broadcast over television, satellite, audio, and video media

FIRST USE 2-5-2009; IN COMMERCE 2-5-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-067,692, FILED 06-10-2016




Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.