**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-033-018**
**Effective Date of Registration:**
September 15, 2016

## Title

**Title of Work:** Coraline Figure - Coraline in a Rain Jacket

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** February 06, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Laika, LLC
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Laika, LLC
22990 NW Bennett St., Hillsboro, OR, 97124, United States

## Rights and Permissions

**Organization Name:** Laika, LLC
**Name:** Rosemary Colliver
**Email:** rcolliver@laika.com
**Address:** 22990 NW Bennett St.
Hillsboro, OR 97124 United States

## Certification

**Name:** Anne W. Glazer
**Date:** September 15, 2016
**Applicant's Tracking Number:** 38002-1000

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-033-016**
**Effective Date of Registration:**
September 15, 2016

## Title

|  |  |
|---|---|
| **Title of Work:** | Figure of Coraline - Coraline in pajamas |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | February 06, 2009 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Laika, LLC |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Laika, LLC<br>22990 NW Bennett St., Hillsboro, OR, 97124, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Laika, LLC |
| **Name:** | Rosemary Colliver |
| **Email:** | rcolliver@laika.com |
| **Address:** | 22990 NW Bennett St.<br>Hillsboro, OR 97124 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Anne W. Glazer |
| **Date:** | September 15, 2016 |
| **Applicant's Tracking Number:** | 38002-1000 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-033-019

**Effective Date of Registration:**
September 15, 2016

---

## Title

    **Title of Work:** Figure of Coraline - Coraline in star sweater

## Completion/Publication

    **Year of Completion:** 2009
    **Date of 1st Publication:** February 06, 2009
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Laika, LLC
    **Author Created:** sculpture
    **Work made for hire:** Yes
    **Citizen of:** United States
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Laika, LLC
    22990 NW Bennett St., Hillsboro, OR, 97124, United States

## Rights and Permissions

    **Organization Name:** Laika, LLC
    **Name:** Rosemary Colliver
    **Email:** rcolliver@laika.com
    **Address:** 22990 NW Bennett St.
    Hillsboro, OR 97124 United States

## Certification

    **Name:** Anne W. Glazer
    **Date:** September 15, 2016
    **Applicant's Tracking Number:** 38002-1000

